Deverie Christensen, Bar No. 6596
christensend@jacksonlewis.com
Phillip Thompson, Bar No. 12114
Phillip.thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel:  (702) 921-2460
Fax: (702) 921-2461
*Attorneys for Defendant*
*HRHH Gaming Senior Mezz, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD LUM, an individual;<br><br>Plaintiff,<br><br>v.<br><br>HRHH GAMING SENIOR MEZZ, LLC, dba Hard Rock Hotel & Casino Las Vegas; DOES 1 through 10 inclusive; ROE CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>Defendants. | Case No.:  2:16-cv-01230-GMN-CWH<br><br>**DEFENDANT HRHH GAMING SENIOR MEZZ LLC'S REQUEST FOR EXCEPTION TO EARLY NEUTRAL EVALUATION ATTENDANCE REQUIREMENTS** |

Defendant HRHH Gaming Senior Mezz LLC dba Hard Rock Hotel & Casino Las Vegas ("Defendant" or "Hard Rock") by and through its counsel Jackson Lewis P.C., hereby respectfully requests an exception to the early neutral evaluation ("ENE") attendance requirements.

Defendant is insured with American International Group (AIG - Financial Lines Claims). However, Defendant's insurance policy contains a substantial (six figures) self-insured retention amount and, given that Plaintiff asserts only discrimination and retaliation under the Americans With Disabilities Act in this case, any resolution at the ENE will be well within Defendant's self-insured retention.  As such, Defendant respectfully requests that a representative from Defendant's insurance carrier be excused from attending in person the ENE; however, to alleviate any concerns, a representative will be available telephonically.  Participation by the insurance

carrier via telephone, which is unlikely to be necessary, will not adversely affect the ENE, and Defendant will attend the ENE with appropriate settlement authority.

Based on the foregoing, Defendant respectfully requests the insurance carrier be excused from in person attendance, and to the extent necessary be allowed to attend the ENE currently scheduled for October 26, 2016, at 10:00 a.m., telephonically as needed.

Dated this 11th day of October, 2016.

JACKSON LEWIS P.C.

*/s/ Deverie J. Christensen*
Deverie J. Christensen, Bar No. 6596
Phillip Thompson, Bar No. 12114
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for Defendant HRHH Gaming Senior Mezz, LLC*

The telephonic hearing scheduled for October 13, 2016 is VACATED.
IT IS HEREBY ORDERED that Defendant HRHH Gaming Senior Mezz LLC's Request for Exception to Early Neutral Evaluation Attendance Requirements (ECF No. 11) is GRANTED.
IT IS SO ORDERED.

Dated this 12th day of October, 2016.

_____
Cam Ferenbach
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee Jackson Lewis P.C. and that on this 11th day of October, 2016, I caused to be sent via ECF filing, a true and correct copy of the above and foregoing **ANSWER TO COMPLAINT** to the following:

*Attorney for Plaintiff*

> Trevor J. Hatfield
> Hatfield & Associates, Ltd.
> 703 South Eighth Street
> Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

/s/ Kelley Chandler
Employee of Jackson Lewis P.C.

4813-9611-2698, v. 1