TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD C. LUM, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HRHH GAMING SENIOR MEZZ, LLC, dba Hard Rock Hotel & Casino Las Vegas; DOES 1 through 10, inclusive; ROE CORPORATIONS/ENTITIES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO: 2:16-cv-01230-GMN-CWH<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE DICOVERY PLAN AND SCHEDULING ORDER** |

COMES NOW, Plaintiff, by and through his counsel, the law firm of Hatfield & Associates, Ltd., and Defendants, by and through their counsel, Jackson Lewis, PC, and who do hereby stipulate and agree to extend the time for the parties to file a Discovery Plan and Scheduling Order (DPSO).

The basis for the request is that the Early Neutral Evaluation Session (ENE) is set for hearing on October 26, 2016, and the parties will benefit from staying filing the DPSO should the ENE resolve the cases before finalizing the DPSO.

///

///

///

///

1

The parties' counsel held an early case conference on October 25, 2016. The parties respectfully request to have up to and including November 1, 2016 to file a proposed Discovery Plan and Scheduling Order.

Dated: October 25, 2016.                    Dated: October 25, 2016

HATFIELD & ASSOCIATES, LTD.                 JACKSON LEWIS P.C.

/s/ Trevor J. Hatfield                      /s/ Phillip C. Thompson
_____                 _____
Trevor J. Hatfield, Esq.                    Deverie Christiansen, Esq.
Nevada Bar No. 7373                         Bar No. 6596
703 S. Eighth St.                           Phillip C. Thompson, Esq.
Las Vegas, NV 89101                         Bar No. 12114
(702) 388-4469 Tel.                         800 Howard Hughes Parkway, Ste. 600
(702) 386-9825 Fax                          Las Vegas, Nevada 89169
Email: thatfield@hatfieldlawassociates.com  (702) 921-2460 Tel.
*Attorneys for Plaintiff*                   (702) 921-2461 Fax
                                            Email: christensend@jacksonlewis.com
                                            Email: Phillip.thompson@jacksonlewis.com
                                            *Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated October 27, 2016

_____
MAGISTRATE JUDGE

Respectfully submitted:

Dated October 26, 2016
**HATFIELD & ASSOCIATES, LTD.**

/s/ Trevor J. Hatfield

By: _____
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

I certify that on the 26th day of October, 2016, I electronically filed the foregoing **STIPULATION FOR EXTENSION OF TIME TO FILE DISCOVERY PLAN AND SCHEDULING ORDER** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated this October 26, 2016.          /s/ *Freda P. Brazier*
                                     _____
                                     An Employee of Hatfield & Associates, Ltd.