Deverie J. Christensen, Bar No. 6596
Phillip Thompson, Bar No. 12114
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
christensend@jacksonlewis.com
phillip.thompson@jacksonlewis.com

*Attorneys for Defendant*
*HRHH Gaming Senior Mezz, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD LUM, | Case No.: 2:16-cv-01230-GMN-CWH |
| Plaintiff, | |
| v. | |
| HRHH GAMING SENIOR MEZZ, LLC, d/b/a HARD ROCK HOTEL & CASINO; DOES I through 10, inclusive; and ROE CORPORATIONS I through 10, inclusive | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant HRHH GAMING SENIOR MEZZ, LLC d/b/a Hard Rock Hotel & Casino Las Vegas, and Plaintiff RICHARD LUM, through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Further, this Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

Respectfully submitted this 11th day of April, 2017.

| HATFIELD & ASSOCIATES, LTD. | JACKSON LEWIS P.C. |
|---|---|
| /s/ Trevor Hatfield | /s/ Phillip Thompson |
| Trevor J. Hatfield, Bar No. 7373 | Deverie J. Christensen, Bar No. 6596 |
| 703 South Eighth Street | Phillip Thompson, Bar No. 12114 |
| Las Vegas, Nevada 89101 | 3800 Howard Hughes Parkway, Suite 600 |
| | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *Richard Lum* | *HRHH Gaming Senior Mezz, LLC and* |
| | *LVHR Casino, LLC* |

Dated: April 14, 2017

IT IS SO ORDERED.

_____
Gloria M. Navarro, Chief Judge
United States District Court

4849-4047-7510, v. 1